## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MITCHELL HIGASHI, | : |
| Plaintiff, | : CIVIL NO. 3:24-cv-00815-RNC |
| v. | : |
| GENEDX HOLDINGS CORP., | : |
| | : JULY 30, 2024 |
| Defendant. | : |

### **DEFENDANT'S MOTION TO DISMISS**

Defendant GeneDx Holdings Corp. ("Defendant" or "GeneDx") respectfully moves pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing Counts One, Two, Four, Five, Ten and Eleven of the Complaint filed by Plaintiff Mitchell Higashi ("Plaintiff") in the above-captioned case for failure to state a claim upon which relief may be granted.

Plaintiff's common law fraud claims (Counts One and Two) must be dismissed because, *inter alia*, Plaintiff has failed to adequately plead that Defendant made a false representation as to a statement of fact, that was untrue and known to be untrue by Defendant at the time, that Defendant intended to induce Plaintiff to act upon Defendant's alleged statement(s), or that Plaintiff did so act upon it to his injury. Plaintiff's age and race discrimination claims, asserted under the New York State Human Rights Law (Counts Four and Ten, respectively) and under the New York City Human Rights Law (Counts Five and Eleven, respectively) must also be dismissed because Plaintiff is not a resident of either New York State or New York City and has not sufficiently alleged that the impact of Defendant's alleged wrongful conduct was felt within either jurisdiction.

For the foregoing reasons, as more fully articulated in the accompanying Memorandum of Law, GeneDx's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) should be granted in its entirety.

Respectfully submitted,

DEFENDANT,
GENEDX HOLDINGS CORP.

By: */s/ Caroline B. Park*
Caroline B. Park (ct29049)
cpark@wiggin.com
John Cigno (ct30961)
jcigno@wiggin.com
**WIGGIN AND DANA LLP**
One Century Tower
265 Church Street
New Haven, CT  06508
P: (203) 498-4382
F: (203) 782-2889

26871\31\4877-3909-3969.v2