## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MITCHELL HIGASHI, | |
|               Plaintiff, | CIVIL ACTION NO: 3:24-cv-00815-RNC |
| v. | |
| GENEDX HOLDINGS CORP., | |
|               Defendant. | AUGUST 2, 2024 |

### MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), the Plaintiff, Mitchell Higashi, hereby respectfully moves this Court for an extension of time of thirty days (30) from August 20, 2024 up to and including September 19, 2024 to file his response to the Defendant's Motion to Dismiss.

On July 30, 2024, the Defendant filed their Motion to Dismiss. The current deadline to respond to the Defendant's Motion to Dismiss is August 20, 2024.

There is good cause for this request for extension of time. Plaintiff's counsel requires additional time to prepare the Response. This is the Plaintiff's first Motion for Extension of Time to respond to the Defendant's Motion to Dismiss. Finally, on August 2, 2024, the undersigned reached out to Counsel for the Defendant regarding whether they would consent to the Plaintiff's request for extension of time. On August 2, 2024, Counsel for the Defendant consented to the Plaintiff's instant Motion. Therefore, the Plaintiff's request does not prejudice the Defendant in this matter.

WHEREFORE, the Plaintiff, hereby respectfully requests that his Motion for Extension of Time from August 20, 2024 up to and including September 19, 2024 be granted.

1

2

         Respectfully submitted,

         PLAINTIFF
         MITCHELL HIGASHI

By:  /s/ _____
         Mark P. Carey
         Genevieve M. Lage
         Elizabeth W. Swedock
         Carey & Associates, P.C.
         71 Old Post Road, Suite 1
         Southport, CT 06890
         (203) 255-4150 tel.
         (203) 255-0380 fax
         mcarey@capclaw.com
         *His Attorneys*

## **CERTIFICATION OF SERVICE**

      This is to certify that on August 2, 2024, a copy of the foregoing was filed electronically on the Court's ECF system, emailed to the parties below, and delivered to all those with access to such ECF system and mailed, postage prepaid, to those parties without access to ECF.

      By: */s/ Genevieve M. Lage*
      Genevieve M. Lage