## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MITCHELL HIGASHI, | : |
| | : |
| Plaintiff, | :  CIVIL NO. 3:24-cv-00815-MPS |
| | : |
| v. | : |
| | : |
| GENEDX HOLDINGS CORP., SEMA4 OPCO, INC., and GENEDX, LLC | : |
| | : |
| Defendant. | :  DECEMBER 6, 2024 |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants Sema4 OpCo, Inc. ("Sema4") and GeneDx Holdings Corp. ("GeneDx") (collectively, "Defendants" or "Sema4") respectfully move pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing Counts One, Two, Four, Five, Ten and Eleven of the Second Amended Complaint (the "Complaint") filed by Plaintiff Mitchell Higashi ("Plaintiff") in the above-captioned case for failure to state a claim upon which relief may be granted.

Plaintiff's common law fraud claims (Counts One and Two) must be dismissed because, *inter alia*, Plaintiff has failed to adequately plead that Defendants made a false representation as to a statement of fact, that was untrue and known to be untrue by Defendants at the time, that Defendants intended to induce Plaintiff to act upon Defendants' alleged statement(s), or that Plaintiff did so act upon it to his injury. Plaintiff's age and race discrimination claims, asserted under the New York State Human Rights Law (Counts Four and Ten, respectively) and under the New York City Human Rights Law (Counts Five and Eleven, respectively) must also be dismissed because Plaintiff is not a resident of either New York State or New York City and has not sufficiently alleged that the impact of Defendants' alleged wrongful conduct was felt within either jurisdiction.

For the foregoing reasons, as more fully articulated in the accompanying Memorandum of Law, Defendants motion dismiss pursuant to Fed. R. Civ. P. 12(b)(6) should be granted in its entirety.

Respectfully submitted,

DEFENDANTS,
GENEDX HOLDINGS CORP., AND
SEMA4 OPCO, INC.

By: */s/ Caroline B. Park*_____
Caroline B. Park (ct29049)
cpark@wiggin.com
John Cigno (ct30961)
jcigno@wiggin.com
**WIGGIN AND DANA LLP**
One Century Tower
265 Church Street
New Haven, CT  06508
P: (203) 498-4382
F: (203) 782-2889

26871\31\4877-3909-3969.v4