# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MITCHELL HIGASHI, | : | |
| | : | |
| Plaintiff, | : | CIVIL NO. 3:24-cv-00815-MPS |
| | : | |
| v. | : | |
| | : | |
| GENEDX HOLDINGS CORP., SEMA4 OPCO, INC., and GENEDX, LLC | : | |
| | : | |
| Defendant. | : | JANUARY 6, 2025 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants GeneDx Holdings Corp., Sema4 OpCo, Inc. and GeneDx, LLC state that they are non-governmental corporate entities. GeneDx Holdings Corp. is the parent company of both Sema4 OpCo, Inc. and GeneDx, LLC. GeneDx Holdings Corp. has no parent company, is a publicly held company and no publicly held corporation owns 10% or more of its stock.

DEFENDANTS,
GENEDX HOLDINGS CORP.,
SEMA4 OPCO, INC., and GENEDX, LLC

By: */s/ Caroline B. Park*
Caroline B. Park (ct29049)
cpark@wiggin.com
John Cigno (ct30961)
jcigno@wiggin.com
**WIGGIN AND DANA LLP**
One Century Tower
265 Church Street
New Haven, CT  06508
P: (203) 498-4382
F: (203) 782-2889

26871\31\4931-3427-5587.v2