UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MITCHELL HIGASHI,<br><br>                              Plaintiff,<br>v.<br><br>GENEDX HOLDINGS CORP., SEMA4 OPCO, INC., and GENEDX, LLC<br><br>                              Defendants. | CASE NO: 3:24-cv-00815-MPS<br><br>JANUARY 6, 2025 |

### DEFENDANT GENEDX, LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant GeneDx, LLC respectfully moves pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing all counts in the Second Amended Complaint [ECF No. 48] (the "Complaint") filed by Plaintiff Mitchell Higashi ("Plaintiff") in the above-captioned case for failure to state a claim upon which relief may be granted.

Plaintiff accuses his former employer, Defendant Sema4 OpCo, Inc. (Sema4 OpCo"), and its parent company, Defendant GeneDx Holdings Corp. ("GeneDx Holdings"), of making various misrepresentations both prior to and during his employment and terminating his employment for discriminatory reasons based on his race and age. On November 22, 2024, Plaintiff filed a second amendment to his Complaint [ECF No. 48] (the "Complaint"), in which he named Sema4 OpCo (not initially named in the Complaint) as a defendant, and also named GeneDx, LLC as a defendant. On December 6, 2024, Defendants Sema4 OpCo and GeneDx Holdings filed a partial Motion to Dismiss certain counts in Plaintiff's Complaint [ECF No. 57].

But Plaintiff's Complaint, even as twice amended, fails to allege any facts that would support independent claims for relief against GeneDx LLC as distinct from the other two

1

defendants. Indeed, Plaintiff's **only** specific allegation addressing GeneDx LLC merely identifies it as a Delaware limited liability company that was "acquired by Defendant GeneDx [Holdings Corp.] on April 29, 2022." (Complaint, ¶ 4).  Plaintiff does not allege – nor could he – that he was employed by GeneDx LLC at any time, or that any employee of GeneDx LLC engaged in any unlawful conduct towards Plaintiff. Accordingly, Plaintiff's allegations against the parent company and sister company of GeneDx LLC are insufficient to state claims against GeneDx LLC upon which relief can be granted.

For the foregoing reasons, as more fully articulated in the accompanying Memorandum of Law, Plaintiff's Second Amended Complaint should be dismissed in its entirety as against Defendant GeneDx LLC. As noted in the enclosed Memorandum of Law, in the event the instant Motion to Dismiss is denied by the Court, Defendant GeneDx, LLC adopts the partial Motion to Dismiss filed by Defendants Sema4 OpCo and GeneDx Holdings [ECF No. 57], as if fully set forth herein and filed on behalf of Defendant GeneDx, LLC.

    Respectfully submitted,

    DEFENDANT,
    GENEDX, LLC

    By: */s/ Caroline B. Park*
    Caroline B. Park (ct29049)
    cpark@wiggin.com
    John Cigno (ct30961)
    jcigno@wiggin.com
    **WIGGIN AND DANA LLP**
    One Century Tower
    265 Church Street
    New Haven, CT  06508
    P: (203) 498-4382
    F: (203) 782-2889

26871\31\4909-9133-7483.v1